Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile:    725-248-2907

*Attorneys for Plaintiff*
*Safety National Casualty Corp.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAFETY NATIONAL CASUALTY CORP.,<br><br>Plaintiff,<br><br>v.<br><br>ERIC G. BENDER, an Individual, OWEN HUNNEL, an Individual; and XAVIER SUMMERS, an Individual,<br><br>Defendants. | CASE NO.: 23-437<br><br>**DECLARATION OF DYLAN P. TODD IN SUPPORT OF SAFETY NATIONAL CASUALTY CORP.'S COMPLAINT FOR DECLARATORY JUDGMENT** |

## DECLARATION OF DYLAN TODD

I, Dylan P. Todd, declare and state as follows:

1. I am a Senior Counsel with Clyde & Co US LLP, counsel for Plaintiff Safety National Casualty Corp ("Safety National"), in the above-captioned matter.

2. I have personal knowledge of the facts contained in this declaration. I can competently testify to these facts if called as a witness in these proceedings.

3. Attached as <u>Exhibit A to the Complaint for Declaratory Judgment</u> is a true and correct copy of the Complaint in the underlying lawsuit entitled *Eric G. Bender, an Individual v. Wenevada LLC, et al.,* Eighth Judicial District Court, Clark County Nevada, Case No. A-22-854381-C filed on June 21, 2022.

- 1 -

4. Attached as <u>Exhibit B to the Complaint for Declaratory Judgment</u> is a true and correct copy of Eric Bender's Request for Exemption from Arbitration in the underlying lawsuit filed on August 15, 2022.

5. Attached as <u>Exhibit C to the Complaint for Declaratory Judgment</u> is a true and correct copy of the Safety National Casualty Corp. issued commercial policy number GL 4063308 to Wendy's of Colorado Springs, Inc. for the policy period of July 1, 2021 to July 2, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 23, 2023 at Las Vegas, Nevada.

*/s/ Dylan P. Todd*
DYLAN P. TODD